LANNING and others *vs.* HEATH.

1. Leave given to amend injunction bill, after answer filed, without prejudice to the injunction or other orders made in the suit.

2. The answer not to be withdrawn, but left on file, and the suit to proceed upon the newly engrossed amended bill.

Bogert *v.* City of Elizabeth.

The bill in this cause was filed to enforce the specific per- formance of a contract entered into between the defendant and complainants, for the purchase and exchange of certain real and personal estate, and for an injunction to restrain the defendant from selling, exchanging, or in any wise disposing of the property which he had agreed to transfer and convey to the complainants.

The defendant filed his answer. The complainants, alleging that the written contract, as set forth in the bill, did not express the real understanding and agreement of the parties, now move to amend their bill in this respect, so as to make the contract conform to that understanding.

*Mr. J. Wilson* and *Mr. Richey*, for the motion.

*Mr. W. D. Holt* and *Mr. Gummere*, contra..

THE VICE-CHANCELLOR.

I think leave to amend should be granted. The proposed amendments are in writing, and should be made in accord- ance with the fifty-seventh rule. They must be made upon payment of costs, and without prejudice to the injunction or other orders heretofore made in the suit.

I think the answer should not be withdrawn, but left on file. The bill and answer should remain as they are, and the suit go on upon the newly engrossed amended bill.